IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

QUEST MARKETING, INC.,                             CV 05-5-AS
an Oregon corporation

       Plaintiff,                             ORDER

v.

KENT D. SCHNEIDER, an individual,

       Defendant.

**MARK A. TURNER**
**ANDREA M. WENDT**
Ater Wynne, LLP
222 SW columbia, Suite 1800
Portland, OR 97201
(503) 226-1191

    Attorneys for Plaintiffs

1 - ORDER

**GARY E. DIENSTAG**
Springer Casey & Dienstag, PC
100 W. Monroe Street, Suite 1300
Chicago, IL 60603
(312) 372-0800

**RICHARD A. STOUT**
1500 SW First Avenue, Suite 700
Portland, OR 97201
(503) 242-1020

    Attorneys for Defendant


**BROWN, Judge.**

    Magistrate Judge Donald C. Ashmanskas issued Findings and Recommendation (#14) on May 3, 2005, in which he recommended this Court grant Defendant's Motion to Dismiss for Lack of Proper Venue, or alternatively, to Transfer for the Convenience of the Parties (#8).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the Findings and Recommendation *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (2003)(*en banc*). Having reviewed the legal principles, the Court does not find any clear error.


<u>**CONCLUSION**</u>

    The Court **ADOPTS** Magistrate Judge Ashmanskas's Findings and Recommendation (#14). Accordingly, the Court **GRANTS** Defendant's

2  -  ORDER

Motion to Dismiss (#8).

IT IS SO ORDERED.

DATED this 15th day of July, 2005.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge